bursements, and the motion denied, with ten dollars costs. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

John Kopp, Appellant, v. Adler Monument and Granite Works, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

William F. Reilly, Respondent, v. William M. Barrett, as President of the Adams Express Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

Michael Tuohey, Respondent, v. Edward J. McGratty and Charles McGratty, Doing Business under the Firm Name, etc., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Joseph Wiesnewsky, Respondent, v. E. E. Smith Contracting Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred; Burr, J., dissented upon the grounds, *first*, that the verdict is against the weight of evidence; *second*, that there is no evidence which would justify the charge of the court that the jury might find that the master "promised to remove the danger which created the risk." The danger which created the risk was the conduct of the boy Carr. This conduct could only be completely cured and the danger removed by the discharge of the boy. Defendant's foreman never promised to do this. He did nothing more than, in substance, to promise that he would admonish the boy to be more careful; that he would watch him; that he would attend to him. Admonition is not the equivalent of control, nor watchfulness the same as removal.

Yellow Pine Company, Respondent, v. John A. Kelly and Fred J. Kelly, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Rosie Curry, Appellant, v. Mortimer C. Addoms, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

In the Matter of the Application of Samuel D. Johnson for Admission to the Bar.— On application of the petitioner, the committee on character making no objection, this matter is referred back to said committee, without thereby intending to disapprove of its present report. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

Alison M. Lederer, Appellant, v. Field and Fancy Publishing Company, Respondent.— Motion denied upon condition that appellant print as an addendum that part of the judgment roll which was omitted from the printed papers on appeal, and be ready for argument on Thursday, April 15, 1915; otherwise, motion granted, with ten dollars costs. (Code Civ. Proc. § 1353; *Muller* v. *City of Philadelphia*, 144 App. Div. 592.) Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.